Prefent WILLIAM COLEMAN, } Juftices.
ALEXANDER STEDMAN,

---

## *The Leffee* of ALBERTSON *verfus* ROBESON.

MOVED to admit a Witnefs to prove the Age of the Plaintiff, his Brother (about fixty Years old) from the hearfay of their Father and Mother. Oppofed, and refufed by the Court.

The Votes of Affembly were admitted to prove the time of the notification of the Repeal of an Act of Affembly by the King and Council. But not anfwering the purpofe fully, the Minutes of Council were fent for, and given in evidence without oppofition.

N. B. The Defendant fupported his Title under a Decree of a Court of Chancery eftablifhed by Act of Affembly ; the Decree was made two Months after the Act was repealed by the King and Council, but fix Weeks before we had Notice of it.

THE COURT gave it in charge to the Jury, that the Act was not repealed, till Notification here ; and the Jury were of the fame opinion, by finding a Verdict for the Defendant.

## THE KING *verfus* PHILIP HENRY RAPP.

INDICTMENT for Mifdemeanor, in marrying a Man to a Woman who had another Hufband living.—Moved, on the Part of the Defendant, to put off the Trial on Affidavit of material Witneffes wanting, and that he had taken the proper fteps to get them.—Oppofed by the Attorney General, as being a criminal Cafe, and not within the Rules of civil Cafes. But granted BY THE COURT, the Defendant being a Clergyman, and his Living depending on his acquittal ; but declared not to be a Precedent. *

## THE KING *verfus* HAAS and others.

MOVED on the Part of the Defendant to oblige the Attorney General to bring on the Trial, or difcharge the Defendant. THE COURT faid they would not force the Crown to bring on the

* In Rex *verfus* D'EON 3 *Burr* 1513. The Court faid that in all Cafes, whether *criminal*, or *civil*, a Trial fl all not be hurried on, fo as to do injuftice to the Defendant.

B　　　　　　　　　　　Trial

1764.

Trial, nor difcharge the Defendant from Bail, without fome appearance of oppreffion. *